# Exhibit A

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

DANIEL GORDON
Print Name Clearly

_____
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

STEVEN P. ARNOLD
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

RANDY D. BROWN
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

GREG A. DAHLMEIER
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

Michael D. Jackson
Print Name Clearly

_____
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

_Russell Koshimizu_
Print Name Clearly

_/s/ Russell Koshimizu_
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

BRIAN NICHOLSON
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

_Kevin Paulson_
Print Name Clearly

_[signature]_
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

JOHN A. QUIROZ
Print Name Clearly

_____
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the County of Los Angeles to recover unpaid overtime compensation and other relief.

*Glenn D Smith*
Print Name Clearly

*[signature]*
Signature