ATTACHMENT TO CIVIL COVER SHEET

I.(a) PLAINTIFFS continued:

    4. Greg A. Dahlmeier

    5. Michael D. Jackson

    6. Russell Koshimizu

    7. Brian Nicholson

    8. Kevin Paulson

    9. John A. Quiroz

    10. Glenn D. Smith