**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 17-3044-JFW (RAOx)**                                                      Date: February 2, 2018

Title:     Daniel Gordon, et al. -v- County of Los Angeles

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                            None

**PROCEEDINGS (IN CHAMBERS):**     ORDER GRANTING PLAINTIFF'S JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT [filed 1/5/18; Docket No. 36]

    On January 5, 2018, Plaintiff Daniel Gordon ("Plaintiff") filed a Joint Motion to Approve Settlement Agreement. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for February 5, 2018 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

    The Court concludes that the Settlement Agreement is fair, just and reasonable and the Settlement Agreement is approved.

    Plaintiff shall file a proposed Order by February 8, 2018.

    IT IS SO ORDERED.