JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GORDON, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-03044 JFW-RAO<br><br>Complaint Filed:  April 22, 2017<br><br>ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT |

　　　The Court has carefully reviewed the parties Joint Motion for Approval of the Settlement Agreement, the Settlement Agreement, and relevant Exhibits.  Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

　　　1.　　The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable, and just in all respects as to the plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

　　　2.　　The Court expressly reserves jurisdiction with respect to this Action for the purposes of enforcing the Settlement Agreement; and

　　　3.　　As described in Paragraph 6 of the parties Settlement Agreement, plaintiffs' claims raised in the Complaint are hereby dismissed with prejudice.

　　　IT IS SO ORDERED.

Dated:  February 9, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　United States District Judge